# SEYFARTH SHAW LLP
### ATTORNEYS

620 Eighth Avenue

New York, New York 10018-1405

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone
(212) 218-5507

Writer's e-mail
dkesselman@seyfarth.com

July 9, 2010

**VIA ECF**

Honorable A. Kathleen Tomlinson
United State Magistrate Judge
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

    Re:    Hunter v. Klein Kaufman Corp. d/b/a McDonald's, 09-CV-5540 (JS)(AKT)

Dear Magistrate Judge Tomlinson:

As Your Honor is aware, this Firm represents Defendant Klein Kaufman Corp. in the above-referenced action.  We are in receipt of Your Honor's Initial Conference and Case Management Order scheduling the initial conference in this case for August 20, 2010 at 10:30 am.  We write to respectfully request that the date of the initial conference be changed because the undersigned counsel for Defendant will be on vacation on that date (and for the last two weeks of August).  We therefore request that the conference be rescheduled, and we are available for such conference on any of August 9, 10, 11, 12, or September 2, 3, 8, 13, 14, 15.

Thank you, and we apologize for any inconvenience.  We have attempted to call Plaintiff *pro se*, but were unable to get through to him at his telephone number.

Respectfully submitted,

SEYFARTH SHAW LLP

s/ Dov Kesselman

Dov Kesselman (DK-6571)

cc:    Leon Hunter *(via first class mail)*

12490146v.1

BRUSSELS   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA