UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LEON HUNTER,

                  Plaintiff,

    - against -

KAUFMAN ENTERPRISES, INC.,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

E-Filed

09-CV-5540 (JS)(AKT)

**<u>DECLARATION OF
DOV KESSELMAN, ESQ.</u>**

STATE OF NEW YORK   )
                         ) s.s:
COUNTY OF NEW YORK )

      I, DOV KESSELMAN, an attorney duly admitted to practice law in the State of New York, under penalty of perjury, hereby declare:

      1.     I am a member of the Bar of this Court and a member of the law firm Seyfarth Shaw LLP, attorneys for defendant Kaufman Enterprises, Inc. ("KEI") in the above-captioned case. I submit this Declaration in support of the Memorandum of Law of Defendant Kaufman Enterprises, Inc. in Partial Opposition to Plaintiff's Motion for Leave to Serve An Amended Complaint. I know the facts testified to in this Declaration to be true based on my own personal knowledge and a review of the documents.

      2.     Annexed hereto as Exhibit A is a true and correct copy of the McDonald's Kaufman Enterprises Crew Handbook, bearing bates stamp numbers KEI 000022 through KEI 000045, a copy of which was marked as Defendant's Exhibit 9 at Plaintiff's deposition.

      3.     Annexed hereto as Exhibit B is a true and correct copy of the McDonald's Kaufman Enterprises Management Handbook, bearing bates stamp numbers KEI 000046 through KEI 000072, which was marked as Exhibit 4 at Plaintiff's deposition.

4.      Annexed hereto as Exhibit C are true and correct copies of selected pages from the transcript of the deposition of plaintiff Leon Hunter, taken on December 30, 2010 and continued on January 6, 2011.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed on April 14, 2011

    s/ Dov Kesselman
    Dov Kesselman

    Seyfarth Shaw, LLP
    620 Eighth Avenue
    New York, New York 10018
    (212) 218-5500
    Attorneys for Defendant Kaufman Enterprises, Inc.